***E-Filed 11/9/09*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>        Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC, et al.,<br><br>        Defendants.<br>_____/ | **No. C 09-04046  RS**<br><br>**ORDER DENYING LEAVE TO FILE *AMICUS CURIAE* BRIEF, WITHOUT PREJUDICE** |

The request of the National Elevator Industry Pension Fund for leave to file an *amicus curiae* brief herein in response to a settlement agreement between the parties is denied, without prejudice. At this juncture, the parties have not made any request for the Court to take action on the settlement agreement. See Civil Local Rule 7-1(a) (setting out the procedures for obtaining a court order).

IT IS SO ORDERED.

Dated: November 9, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE