***E-Filed 11/10/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISION,<br><br>        Plaintiff,<br>v.<br><br>VERIFONE HOLDINGS, INC, et al.,<br><br>        Defendants.<br>_____/ | **No. C 09-04046  RS**<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

The parties have filed stipulations seeking entry of judgment in this matter. Defendants have previously filed consents to magistrate judge jurisdiction. In accordance with Civil Local Rule 73-1, plaintiff is directed to file its consent or declination to magistrate judge jurisdiction no later than **November 12, 2009**.

IT IS SO ORDERED.

Dated: November 10, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE